# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER VANDERKLOK             :
                             :
v.                           : NO. 15-370
                             :
UNITED STATES OF AMERICA, et al. :

**FILED**

APR 2 0 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, on this 20 day of April, 2015, upon consideration of the Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6) of defendant, Raymond Pinkney, and no response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED, and all claims against Raymond Pinkney are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Hon. William H. Yohn Jr., U.S.D.J.