IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER VANDERKLOK,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>NO. 15-00370 |

## ORDER

AND NOW, this 29th day of September, 2015, upon consideration of the Motions to Dismiss filed by Defendants Raymond Pinkney, Michael Wojciechowski, Kenneth Flaville, and the City of Philadelphia, (ECF Nos. 26, 27), Plaintiff's opposition thereto, (ECF Nos. 31, 32), and Defendants' replies (ECF Nos. 36, 37) it is **ORDERED** that:

1. The motion of Defendants Pinkney, Wojciechowski, and Flaville (ECF No. 26) is **GRANTED** and all claims against them are hereby **DISMISSED**;

2. The motion of Defendant City of Philadelphia (ECF No. 27) is **GRANTED** and all claims against it, and all "official capacity claims" against Defendants Pinkney, Wojciechowski, and Flaville are hereby **DISMISSED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.