IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER VANDERKLOK,<br><br>    Plaintiff,<br><br>v.<br><br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br>NO. 15-00370 |

## ORDER

AND NOW, this 5th day of October, 2015, upon consideration of the Motions to Dismiss filed by Defendant United States of America, (ECF Nos. 28), Plaintiff's opposition thereto, (ECF Nos. 33), and Defendant's reply (ECF Nos. 38) it is **ORDERED** that the United States' motion is **GRANTED** and all claims against it are hereby **DISMISSED**;

                 BY THE COURT:


                 */s/ Gerald J. Pappert*
                 GERALD J. PAPPERT, J.