IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER VANDERKLOK,<br><br>  Plaintiff,<br><br>v.<br><br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | CIVIL ACTION<br>NO. 15-00370 |

## ORDER

AND NOW, this 4th day of December, 2015, upon consideration of Plaintiff Roger Vanderklok's Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (ECF No. 51) and Defendants United States of America and Raymond Pinkney, Michael Wojciechowski, Kenneth Flaville, and the City of Philadelphia's opposition thereto (ECF Nos. 53, 54), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.