IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER VANDERKLOK,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 15-00370 |

### ORDER

AND NOW, this 29th day of April, 2016, upon consideration of Kieser's Motion to Compel (ECF No. 61) and Vanderklok's Motion for Extension of Time to Complete Discovery (ECF No. 63), it is hereby **ORDERED** that:

1. Kieser's Motion to Compel is **GRANTED**;

2. Vanderklok must respond to Kieser's Request for the Production of Documents in a manner consistent with Federal Rule of Civil Procedure 34 by **MAY 6, 2016**;

3. Vanderklok's Motion for Extension of Time to Complete Discovery is **DENIED**.

    BY THE COURT:


    */s/ Gerald J. Pappert*
    GERALD J. PAPPERT, J.