IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER VANDERKLOK, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> NO. 15-00370 |

## ORDER

**AND NOW**, this 26th day of August, 2016, it is **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File pending the Third Circuit Court of Appeals' resolution of the interlocutory appeal (ECF No. 98).

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.