IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER VANDERKLOK,<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 15-0370 |

# ORDER

**AND NOW**, this 23rd day of April, 2018, in consideration of Defendant Charles Kieser's Motion for Reconsideration (ECF No. 109) and Plaintiff's April 20, 2018 Letter in Response (ECF No. 110), the Court's August 9 & 16, 2016 Order and Memorandum Opinion (ECF Nos. 89 & 94) denying Kieser's Motion for Summary Judgment on the Fourth Amendment Malicious Prosecution claim are **VACATED** and judgment is hereby entered for Charles Kieser on that claim. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1